UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

LARRY PHILPOT,                              :

           Plaintiff,          :

   - against -                              :    16 Civ. 9156 (AJN)(SN)

IHEARTMEDIA, INC.,                         :    ECF Case

           Defendant.         :

---------------------------------x

### STIPULATION FOR VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for the above-captioned parties that, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

This stipulation may be executed in counterparts and PDF or facsimile counterparts shall have the same effect as an original.

Dated: New York, New York
       July 5, 2017

DUNNEGAN & SCILEPPI LLC

By: _____
Laura Scileppi (LS0114)
ls@dunnegan.com
350 Fifth Avenue
New York, New York 10118
(212) 332-8300
*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE, LLP

By: _____
Abigail Everdell (AE1375)
abigaileverdell@dwt.com
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 603-6468
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.
7/5/17

4828-3151-9819v.1 0104727-000007

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JUL 0 6 2017*